MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANGELA HERNANDEZ,              )
                               )
      Plaintiff,               )
                               )   No.
vs.                            )
                               )
PATENAUDE & FELIX, A           )
PROFESSIONAL CORPORATION,      )
a foreign corporation,         )
                               )
      Defendant.               )
                               )   JURY DEMANDED

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2.   This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2010, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Angela Hernandez, is a natural person who resides in Pahrump, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Patenaude & Felix, a Professional Corporation, (P&F) is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in San Diego, CA, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. Plaintiff's husband lost his job and has not worked for a very long time.

9. Plaintiff's home has been foreclosed.

10. Plaintiff is on the cusp of bankruptcy.

2

11. On July 12, 2010, Plaintiff wrote Defendant advising of her *refusal to pay* (Exhibit 1).

12. Plaintiff's written refusal to pay required Defendant to cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt*.

13. Defendant received Exhibit 1 on July 13, 2010 (Exhibit 2).

14. Notwithstanding, on September 1, 2010, Defendant again dunned Plaintiff in violation of FDCPA § 1692c(c) (Exhibit 3).

15. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

16. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

17. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

18. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

19. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d and 1692e.

20. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

21. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

22. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

### JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

July 12, 2010

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Patenaude & Felix, A.P.C.
1771 E. Flamingo Rd., Ste. 112A
Las Vegas, NV 89119

Dear Sir:

    I attach your July 1, 2010, missive. Regrettably, I am in absolutely no position to pay this debt as I am on the precipice of bankruptcy and thusly refuse to pay you debt collectors.

    God bless all of you.

                                   Your obedient servant,


                                   Angela A. Hernandez

Enclosure

**EXHIBIT 1**

LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

### A PROFESSIONAL LAW CORPORATION

| 4545 MURPHY CANYON RD., 3RD FL<br>SAN DIEGO, CALIFORNIA 92123<br>TEL (858) 244-7600 (800) 832-7675<br>FAX (858) 836-0318 | 213 EAST MAIN STREET<br>CARNEGIE, PENNSYLVANIA 15106<br>TEL (412) 429-7675 (800) 832-7675<br>FAX (412) 429-7679 | 1771 EAST FLAMINGO RD., STE. 112A<br>LAS VEGAS, NEVADA 89119<br>TEL (702) 952-2002 (800) 867-3092<br>FAX (702) 592-5286 | 522 SW 5th AVENUE, STE. 1210<br>PORTLAND, OREGON 97204<br>TEL (503) 201-2676 (800) 832-7675 | 4727 44th AVENUE, STE. 103<br>SEATTLE, WASHINGTON 98116<br>TEL (800) 832-7675 (206) 906-9694 |

July 01, 2010

422609/460662

ANGELA A HERNANDEZ
2580 CARNATION WAY
PAHRUMP NV 89048-5358


RE:  Our Client:         CAPITAL ONE BANK (USA) N.A. - NV (787-A)
     Account Number:     5178057286333484
     Our File Number:    10-67427
     Balance Due:        $2,560.11

Dear Angela A Hernandez:

Please be advised that the above-referenced debt has been assigned to this firm to initiate collection efforts regarding your delinquent outstanding balance to our client.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include all court costs, prejudgment interest and attorney's fees in addition to the principal amount currently owed. If you wish to eliminate further collection action, please contact us at (800) 867-3092.

Unless you notify this office within THIRTY (30) days of receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within THIRTY (30) days of receiving this notice that this debt, or any portion thereof, is disputed, this office will obtain verification of the debt, or a copy of a judgment against you, and mail you a copy of such verification or judgment. Futher, if you make a written request upon this office within THIRTY (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

LAW OFFICE OF PATENAUDE & FELIX

*[signature]*

WESTLEY U. VILLANUEVA, ESQ.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

PF_03 Ltr Initial Demand                           P&F File No. 10-67427



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0000 3475 9105**
Status: **Delivered**

Your item was delivered at 11:40 am on July 13, 2010 in LAS VEGAS, NV 89119. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gatew:

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT 2

LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

A PROFESSIONAL LAW CORPORATION

| 4545 MURPHY CANYON RD., 3RD FL | 213 EAST MAIN STREET | 1771 EAST FLAMINGO RD., STE. 112A | 522 SW 5th AVENUE. STE. 1210 | 4727 44th AVENUE, STE. 103 |
|---|---|---|---|---|
| SAN DIEGO, CALIFORNIA 92123 | CARNEGIE, PENNSYLVANIA 15106 | LAS VEGAS, NEVADA 89119 | PORTLAND, OREGON 97204 | SEATTLE, WASHINGTON 98116 |
| TEL (858) 244-7600 (800) 832-7675 | TEL (412) 429-7675 (800) 832-7575 | TEL (702) 952-2032 (800) 867-3092 | TEL (503) 208-2678 (800) 832-7675 | TEL (800) 832-7675 (206) 906-9694 |
| FAX (858) 836-0318 | FAX (412) 429-7679 | FAX (702) 992-6285 | | |

September 01, 2010

422609/460662

ANGELA A HERNANDEZ
2580 CARNATION WAY
PAHRUMP NV 89048-5358

RE:  Our Client:         CAPITAL ONE BANK (USA) N.A. - NV (787-A)
     Account Number:     XXXXXXXXXXXX3484
     Our File Number:    10-67427
     Balance Due:        $2,594.53

Dear Angela A Hernandez:

Please be advised that the above-referenced debt has been assigned to this firm to initiate collection efforts regarding your delinquent outstanding balance to our client.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include all court costs, prejudgment interest and attorney's fees in addition to the principal amount currently owed. If you wish to eliminate further collection action, please contact us at (800) 867-3092.

Unless you notify this office within THIRTY (30) days of receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within THIRTY (30) days of receiving this notice that this debt, or any portion thereof, is disputed, this office will obtain verification of the debt, or a copy of a judgment against you, and mail you a copy of such verification or judgment. Futher, if you make a written request upon this office within THIRTY (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

LAW OFFICE OF PATENAUDE & FELIX

*/s/*

WESTLEY U. VILLANUEVA, ESQ.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

PF_03 Ltr Initial Demand                                P&F File No. 10-67427


EXHIBIT 3